# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
MAR 1 4 2012
CLERK, US DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| United States of America<br>v.<br><br>**Michael Casey BROWN,**<br>**Archie Lee McCLENNAN,**<br>**and Alex Lee McELHANEY**<br><br>*Defendants* | Case No. 2:12mj 140 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about <u>October 21, 2011 up to and including on or about February 2, 2012</u>, in the <u>Eastern</u> District of <u>Virginia</u> and elsewhere, the defendants violated <u>21 U. S. C. §§ 963, 960, and 952</u>, an offense described as follows:

Conspiracy to Import a Controlled Substance.

This criminal complaint is based on these facts: Please see attached Affidavit.

REVIEWED:

_____
Darryl J. Mitchell
Assistant United States Attorney

☒ Continued on the attached sheet.

_____
*Complainant's signature*

SA Brian R. Lewis, Homeland Security Investigations
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 14, 2012

City and state: Norfolk, VA

_____
*Judge's signature*
F. BRADFORD STILLMAN
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*