AO 442 (Rev. 01/09) Arrest Warrant

8813396
ICE

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Michael Casey BROWN<br>*Defendant* | )<br>)<br>) Case No. 2:12mj 140<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Michael Casey BROWN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

The defendant did unlawfully, knowingly and intentionally conspire to import a controlled substance, in violation of Title 21, United States Code, Sections 963, 960, and 952.

Date: March 14, 2012

City and state: Norfolk, VA

*Issuing officer's signature*
F. BRADFORD STILLMAN
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

FILED IN OPEN COURT

### Return

This warrant was received on *(date)* 3-14-12, and the person was arrested on *(date)* 3-15-12
at *(city and state)* Portsmouth, VA.

Date: 3-15-12

MAR 15 2012
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

*Arresting officer's signature*

Brian Lewis      Special Agent - HSI
*Printed name and title*